UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATRICK McKILLEN, et al,
Plaintiff(s)

26 civ 4090 (JGK)

-against-

JOHN DOES,
Defendant(s).
------------------------------------------------------------X

**ORDER**

A conference scheduled for Tuesday, September 15, 2026, at 4:30pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
September 8, 2026